

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Guillermo Alfonso VILLA-Santos<br><br>　　　　　　Defendant. | Magistrate Case No.: '08 MJ 8565<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about June 20, 2008, within the Southern District of California, defendant Guillermo Alfonso VILLA-Santos did knowingly and intentionally import approximately 51.58 kilograms (113.47 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

　　　　　　　　　　　　　　　　　　　　　　　Special Agent
　　　　　　　　　　　　　　　　　　　　　　　U.S. Immigration & Customs
　　　　　　　　　　　　　　　　　　　　　　　Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 23RD, DAY OF JUNE 2008.

　　　　　　　　　　　　　　　　　　　　　　　Peter C. Lewis
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Joe Morquecho, declare under penalty of perjury, the following is true and correct:

On June 20, 2008 at approximately 1610 hours, Guillermo Alfonso VILLA-Santos entered the United States at the Calexico, California, West Port of Entry. VILLA was the driver of 1999 Dodge Ram 1500. Customs Border Protection Officer Barnes was assigned to primary lanes when VILLA entered his lane. VILLA gave Officer Barnes a negative oral customs declaration. Officer Barnes noted during the inspection that the vehicle was randomly selected by the Automated Targeting System for a referral to the vehicle secondary lot for a more intensive inspection by the Treasury Enforcement Communications System. Officer Barnes referred VILLA and the vehicle to the vehicle secondary lot.

In the vehicle secondary lot, Officer Montgomery received a negative oral Customs Declaration from VILLA. VILLA stated that he had been in Mexico for the last 2 days to visit his mother and that he had maintained control of the vehicle for those two days. Officer Montgomery requested that Canine Enforcement Officer (CEO) Alba screen the vehicle for contraband with his assigned Narcotic Detector Dog (NDD). CEO Alba noted that his NDD alerted to the vehicle. A subsequent inspection of the vehicle revealed 28 packages in the tires of the vehicle. Officer Montgomery probed one of the packages and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 28 packages had a combined net weight of approximately 51.58 kilograms (113.47 pounds).

Executed on June 20, 2008 (date) at 2155 (hours).

Joe Morquecho
SPECIAL AGENT

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant(s) named in the probable cause statement committed the offense on 6/20/08 in violation of Title 21, United States Code, Section(s) 952 + 960

6/21/08    8:45 AM
Date/Time

United States Magistrate Judge